**FOLEY & LARDNER LLP**
555 S. FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

JOHN G. YSLAS CA BAR NO. 187324
JYSLAS@FOLEY.COM
JEReMY C. WOODEN CA BAR NO. 253088
JWOODEN@FOLEY.COM
Attorneys for Defendant Media Planning Group USA LLC

**LAW OFFICES OF LISA L. MAKI**
1111 SOUTH GRAND AVENUE, SUITE 101
LOS ANGELES, CA 90015
TELEPHONE: 213.745.9511
FACSIMILE: 213.745.9611

lISA L. MAKI CA BAR NO. 158987
LMAKI@LISAMAKI.NET
CHRISTINA M. COLEMAN CA BAR NO. 192578
CCOLEMAN@LISAMAKI.NET
Attorneys for Plaintiff Amy Gruberg

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AMY GRUBERG,<br><br>  PLAINTIFF,<br>  v.<br><br>MEDIA PLANNING GROUP USA LLC, A LIMITED LIABILITY COMPANY; AND DOES 1-100, INCLUSIVE,<br><br>  DEFENDANT. | Case No. CV10 2713 JFW (SHx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation by and between the parties to this action, the above-captioned action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  July 27, 2010

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE